Waiver of Indictment

☒ FILED  ☐ LODGED
**Nov 19 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Elizabeth Gutfahr<br><br>Defendant. | Case No. **CR-24-08132-TUC-RM(EJM)**<br><br>WAIVER OF INDICTMENT |

The above-named defendant, who is accused of one or more offenses punishable by imprisonment for more than one year, being advised of the nature of the proposed charge(s) and of her rights, waives in open court prosecution by indictment and consent to prosecution by information.

_____
Elizabeth Gutfahr
Defendant

_____
Joshua Hamilton
Counsel for Defendant

Date _November 18/2024_