UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

NOV 21 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CASE NUMBER: 4:24-cr-08132-RM-EJM

## Consent of Defendant to Appear Before Magistrate Judge

After full consultation with counsel I, Elizabeth Gutfahr voluntarily consent to go forward before the United States Magistrate Judge with my Change of Plea and/or Admit/Deny Hearing and/or evidentiary hearing regarding revocation.

In the event of a Change of Plea and/or Admit/Deny Hearing, I understand that the United States Magistrate Judge will administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and make findings and recommendations as follows:

(A) whether Defendant (1) is competent to enter into a plea or make an admission to the petition; (2) knowingly and voluntarily wishes to enter a plea to the charge(s) or admit to the petition; (3) understands the charge(s) or petition; (4) whether there exists a factual basis for the charge(s) or petition; and a recommendation:

(B) whether the plea of guilty or admission to the petition should be accepted by the District Court.

In the event of an evidentiary hearing regarding revocation, I understand that the United States Magistrate Judge will make findings and recommendations as follows:

(A) whether Defendant (1) is competent; (2) understands the violation allegation(s) in the petition; and (3) whether the violation(s) has/have been proven by a preponderance of the evidence.

_____ 11-21-2024                    _____ 11-21-24
Defendant's Signature/date                    Counsel for Defendant's signature/date

                    _____ 11-21-24
                    Assistant U.S. Attorney's signature/date

Form Last Modified 10/23/2023